IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNTAY JUJUAN TAYLOR,<br><br>Defendant. | CR 23–13–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 198.) Defendant Johntay Jujuan Taylor has been adjudged guilty of bank fraud as charged in Count 15 of the Indictment and has admitted to its forfeiture allegation. (Doc. 202.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c).

Accordingly, IT IS ORDERED the motion (Doc. 198) is GRANTED.

IT IS FURTHER ORDERED that Taylor's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c):

- $13,754.00 in U.S. currency.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms

& Explosives and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 23rd day of January, 2025.

_____
Dana L. Christensen, District Judge
United States District Court