IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–13–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| JOHNTAY JUJUAN TAYLOR, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 214.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c). January 23, 2025. (Doc. 203.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 211.)

5. It appears there is cause to issue a forfeiture order for the property listed within this Order under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1.  The motion for final order of forfeiture (Doc. 214) is GRANTED.

2.  Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c), free from the claims of any other party:

- $13,754 in U.S. Currency.

3.  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 2nd day of April, 2025.

_____
Dana L. Christensen, District Judge
United States District Court